UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMY DEGIOANNI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00528 |
| | § | |
| THE KROGER CORP., | § | |
| | § | |
| Defendant. | § | |

# ORDER

Plaintiff Amy Degioanni has filed a Notice of Voluntary Dismissal. ECF No. 23. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant The Kroger Corp. are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on June 3, 2025.

_____
Keith P. Ellison
United States District Judge