United States District Court
Southern District of Texas
**ENTERED**
July 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMY DEGIOANNI, | § |
| Plaintiff, | § § § |
| VS. | § CIVIL ACTION NO. 4:24-CV-528 |
| TOPCO ASSOCIATES, LLC, | § § § |
| Defendant. | § |

# ORDER

Plaintiff Amy Degioanni has filed a Notice of Voluntary Dismissal. ECF No. 26. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 15, 2025.

Keith P. Ellison
United States District Judge